[No. 9519-0–II.   Division Two.   November 18, 1987.]

FRED C. GRINNELL, *Plaintiff,* ELAINE Y. GRINNELL, *Appellant,* v. JAMES ALVIN FRENCH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 31689, Grant S. Meiner, J., entered January 10, 1986. *Affirmed* by unpublished opinion per Goodloe, J. Pro Tem., concurred in by Casey, J. Pro Tem., Stone, J. Pro Tem., dissenting.

[No. 10408–3–II.   Division Two.   November 18, 1987.]

*In the Matter of the Marriage of* JOHN J. BONN, *Appellant, and* DOROTHY M. BONN, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 217634, Thomas R. Sauriol, J., entered October 3, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.

[No. 10107–6–II.   Division Two.   November 18, 1987.]

TED E. CONNELY, ET AL, *Appellants,* v. DAVID R. PARTRIDGE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 86–2–00082–1, Grant S. Meiner, J., entered June 17, 1986. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrich, J.